```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA


EARL THOMAS,                      :
                                  :
          Plaintiff               :    No. 1:14-CV-00446
                                  :
     vs.                          :    (Judge Kane)
                                  :
TABB BICKELL, et al.,             :
                                  :
          Defendants              :
```

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Thomas's complaint is dismissed for failing to pay the balance of the filing fee.

2. The Administrative Order of March 18, 2014 (Doc. No. 7) directing the Warden of the institution where Thomas is confined to deduct the filing fee in installments from Thomas's prison trust fund account is revoked.

3. The Clerk of Court shall refund to Thomas the partial filing fee he has paid to date.

4. The Clerk of Court shall **CLOSE** this case.

```
                         s/Yvette Kane
                         Yvette Kane
                         United States District Judge
```

Date: May  9, 2016